**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Dale Williams,            )<br>                       )<br>     Petitioner,              )<br>                       )<br>     v.                    )<br>                       )<br>Dora B. Schriro, et al.,          )<br>                       )<br>     Respondents.              ) | CV 06-3058-PHX-PGR (JCG)<br><br>**ORDER** |

Currently before the Court is Petitioner's Motion for Extension of Time to File Objections to Magistrate's Report and Recommendation. (Doc. 30.) Good cause appearing[1],

IT IS HEREBY ORDERED GRANTING the Motion for Extension of Time. (Doc. 31.) Petitioner shall file his Objections no later than Monday, January 5, 2009.

DATED this 3rd day of December, 2008.

Paul G. Rosenblatt
United States District Judge

---

[1] Petitioner requests 30 additional days. His initial deadline is December 6, 2008. Counsel His counsel was not able to review the Report and Recommendation until December 1, 2008 because of the intervening holiday and has scheduled a legal call for December 5, 2008, to discuss the Report and Recommendation with Petitioner.