**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Ronald Dale Williams                     )
                                         )
            Petitioner,                  )        CV 06-3058-PHX-PGR (JCG)
                                         )
      v.                                 )        **ORDER**
                                         )
Dora B. Schriro, et al.,                 )
                                         )
            Respondents.                 )

      Currently before the Court is the Report and Recommendation of Magistrate Judge

Guerin (Doc. 30) based on Petitioner's Petition for Writ of Habeas Corpus filed pursuant to

28 U.S.C. § 2254.[1] Having reviewed *de novo* the Petition, the Report and Recommendation[2]

---

[1] Petitioner was charged with fourteen counts, including indecent exposure and multiple counts of sexual abuse, molestation of a child, and sexual conduct with a minor, all involving his biological and adopted children.  A trial initiated in June, 2000 ended in a mistrial when the jurors could not reach verdicts on any of the remaining thirteen counts. A second trial took place in September, 2000, at which The jury convicted Petitioner on eight counts; the trial court subsequently dismissed without prejudice the five counts on which the jury had been unable to reach verdicts. On June 12, 2001, the trial court sentenced Petitioner to aggravated, consecutive terms of imprisonment. The Court of Appeals affirmed Petitioner's convictions and sentences on August 13, 2002.

[2] The Court agrees with the Magistrate's finding that the Petitioner's petition for a writ of habeas corpus should be DENIED.  Petitioner failed to exhaust Grounds 1-3, as well as 4(a)-(c), and 5; and Petitioner has not demonstrated cause and prejudice.  Although Ground 4(d) was properly exhausted, the Court agrees with the Magistrate Judge's finding that his claim of ineffective counsel as to 4(d) has no merit. *Strickland v. Washington*, 466 U.S. 668 (1984).

of Magistrate Judge Guerin, and the Petitioner's objections to the Report and Recommendation, and in light of the Court's finding that the Petitioner's objections lack merit,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 30)** is **ACCEPTED** and **ADOPTED** by the Court.

IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is **DISMISSED** and **DENIED with prejudice**.

IT IS FURTHER ORDERED that Petitioner's Motion to Produce Documents of Record is **DENIED as MOOT**. **(Doc. 34.)**

IT IS FURTHER ORDERED that the Clerk of the Court shall close this case.


DATED this 6th day of January, 2009.


Paul G. Rosenblatt
United States District Judge