**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ronald Dale Williams | ) | |
| Petitioner, | ) | CV 06-3058-PHX-PGR |
| v. | ) | **ORDER** |
| Dora B. Schriro, et al., | ) | |
| Respondents. | ) | |

Currently before the Court is the Motion to Withdraw as Counsel of Record on behalf of Petitioner[1] Ronald Dale Williams filed by Michael Denea. (Doc. 39.) Mr. Denea also filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit on behalf of Mr. Williams. Said Notice was processed on February 19, 2009 by the United States Court of Appeals and Ninth Circuit docket number has been assigned to Mr. Williams' case. Accordingly,

IT IS HEREBY ORDERED DENYING without prejudice the Motion to Withdraw as Counsel of Record (Doc. 39), with leave to re-file at the United States Court of Appeals for the Ninth Circuit.

DATED this 23rd day of June, 2009.

Paul G. Rosenblatt
United States District Judge

---

[1] Currently Mr. Williams is the Appellant in his case before the Ninth Circuit Court of Appeals.